**IN THE UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Yoeu Inc,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-03229

Honorable Thomas M. Durkin

## PLAINTIFF'S STATUS REPORT

Plaintiff Yoeu Inc ("Plaintiff") respectfully submits this Status Report pursuant to the Court's Order [17].

Plaintiff effected service on twenty-eight Defendants on March 31, 2026 [15], and on an additional twelve Defendants on April 20, 2026 [18]. The corresponding answer deadlines expired on April 21, 2026, and May 11, 2026, respectively.

Plaintiff has engaged in settlement discussions with Defendants. On May 14, 2026, Plaintiff voluntarily dismissed twenty-five Defendants from this action [19].

Plaintiff has executed settlement agreements with an additional ten Defendants and is presently awaiting settlement payments. Plaintiff remains engaged in settlement discussions with the remaining five Defendants.

In light of the ongoing settlements and settlement discussions, Plaintiff is not presently seeking default judgment and anticipates filing further dismissals as settlement payments are received and additional settlements are finalized. Plaintiff will promptly update the Court regarding any material developments.

DATED: May 14, 2026

Respectfully submitted,


*<u>/s/</u> Qin Zhuang*
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@yuntinglaw.com
***Counsel for Plaintiff***